COMMONWEALTH *v.* J. T. BERRY.

**Criminal Law—Gaming House.**

    An indictment for permitting gambling, which describes the gaming house as that of John Shepherd, is sufficient to describe the place, and there is no variance in proof when it shows that the title of the property was in the name of Shepherd's wife.

APPEAL FROM HARDIN CRIMINAL COURT.

September 9, 1879.

OPINION BY JUDGE PRYOR:

This judgment must be reversed. The fact that the house was conveyed to the wife of Shepherd was no mis-description of the property, or such a variance as made the proceeding defective, nor did the fact that this particular room was occupied by some one else. The property or house was described with sufficient certainty, when called John Shepherd's house, although the title was in the wife. Sec. 128, Criminal Code, makes such description immaterial. If the act is identified it is sufficient. It was necessary under this particular statute to have made some allegation as to the place or house in which the gambling was had. This was sufficiently alleged and proven.

Judgment *reversed* and cause remanded for further proceedings.

*Hardin, for appellant.*